UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF:                              Case No. 3:05-mc-21-J
VINCENT F. RIVERA

### ORDER

On May 5, 2005, the Court entered an order barring Mr. Rivera from filing any additional pleadings in the cases listed in Appendix A[1] to the Court's May 5, 2005, Order (Doc. #1). However, on May 6, 2005, the Court received an envelope from Mr. Rivera that was post-marked May 5, 2005. Since it was apparent that Mr. Rivera had not received a copy of the Court's May 5, 2005, order at the time he submitted the contents of this envelope to prison authorities for mailing to this Court, the Court directed the Clerk to open the envelope.

The envelope contained notices of appeal/requests for certificates of appealability in four different cases, three of which are currently listed on Appendix A (Case Nos. 3:04-cv-480-J-20MCR, 3:04-cv-1101-99HTS and 3:05-cv-98-J-99TEM). These documents were signed by Mr. Rivera on May 1, 2005, and May 2, 2005. Since

---

[1] Due to Mr. Rivera's excessive and frivolous post-judgment filings, the Court stated that it would reject any further filings in cases that are closed and in which Mr. Rivera has completed at least one post-judgment appeal and in cases that have been closed for at least one year where Mr. Rivera has not appealed. Appendix A to the Court's May 5, 2005, Order (Doc. #1) is a list of those cases that met that criteria as of May 5, 2005. In the May 5, 2005, order, the Court noted that cases that met the above-described criteria to be included in Appendix A, in which an appeal was currently pending, would not be added to Appendix A until that appeal had concluded.

Mr. Rivera submitted these appeals to prison authorities for mailing to this Court before the effective date of the Court's May 5, 2005, Order (Doc. #1), the Court will remove Case Nos. 3:04-cv-480-J-20MCR, 3:04-cv-1101-99HTS and 3:05-cv-98-J-99TEM[2] from Appendix A until the appeals in those cases have concluded.

Therefore, it is now

**ORDERED:**

1. Case Nos. 3:04-cv-480-J-20MCR, 3:04-cv-1101-99HTS and 3:05-cv-98-J-99TEM are hereby **REMOVED** from Appendix A.

2. The updated Appendix A is attached to this Order.

3. The **Clerk of the Court** shall replace the outdated Appendix A maintained by the Clerk's Office with the updated Appendix A and mail a copy of the updated Appendix A to the Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500, Attention: Susan A. Maher.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

---

[2] Case Nos. 3:04-cv-480-J-20MCR and 3:04-cv-1101-99HTS are assigned to the Honorable Harvey E. Schlesinger and Case No. 3:05-cv-98-J-99TEM is assigned to the Honorable Timothy J. Corrigan. Therefore, only these two judges will sign this Order.

2

```
sao 5/6
c:
Vincent F. Rivera
Susan A. Maher, Deputy Counsel
```